## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

HOUSEHOLD LIFE INSURANCE
COMPANY,

    Plaintiff,

vs.                                          CASE NO.5:09-cv-205/RS-EMT

PEGGY HANNEMAN,
NANCY GALLADORA,
ERIC BECHNER,
JASON BECHNER,
and TRISHA EHLERT,

    Defendants.
_____/

## ORDER

The Order dated April 22, 2010, (Doc. 48) ordered the parties to show cause not later than May 6, 2010, why this case should not be dismissed as moot due to the settlement agreement in related case 5:09cv89. None of the parties responded. This case is therefore dismissed as moot. The Clerk is directed to close the file.

**ORDERED** on May 10, 2010.

                                              **/s/ Richard Smoak**
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**